**CORPORATE PROPERTIES, INC.,**
**f/k/a Cecil Properties, Inc.**

v.

**Marty and Lynne DUFRENE.**

**No. C–9035.**

Supreme Court of Texas.

Jan. 31, 1990.

Joint motion of the parties filed herein on January 16, 1990 is granted.

It is ordered that Petitioner's application for writ of error as supplemented is granted, the judgment of the court of appeals is vacated, and the cause is remanded to the trial court for entry of judgment pursuant to settlement.